IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 2:25-cr-33 |
| ERIC ESTUARDO HERNANDEZ-RAMOS | |

MOTION FOR ARREST WARRANT

AND NOW comes the United States of America, by its attorneys, Troy Rivetti, Acting United States Attorney for the Western District of Pennsylvania, and Rebecca L. Silinski, Assistant United States Attorney for said District, and, pursuant to Rule 9 of the Federal Rules of Criminal Procedure, respectfully moves the Court to issue an Order directing that an Arrest Warrant be issued for the apprehension of defendant ERIC ESTUARDO HERNANDEZ-RAMOS, upon the grounds that an indictment has been returned in the above-captioned criminal case charging the defendant with a violation of 8 U.S.C. § 1326.

Recommended bond: Detention.

Respectfully submitted,

TROY RIVETTI
Acting United States Attorney

By: /s/ Rebecca L. Silinski
REBECCA L. SILINSKI
Assistant United States Attorney
PA ID No. 320774



FEB 1 1 2025

CLERK U.S. DISTRICT COURT
WEST DIST OF PENNSYLVANIA